IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SHAUNTAE TAYLOR,**<br><br>                                        Plaintiff,<br><br>             v.<br><br>**N. CAMERON, et al.,**<br><br>                                        Defendants. | Case No. 2:23-cv-02353-WBS-JDP<br><br>~~[PROPOSED]~~ **ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR PROJECT** |

  Having read and considered the Motion to Opt Out of Post-Screening ADR Project filed by Defendants Abarca, Benavidez, and Cameron and the declaration of counsel supporting the Motion, and for good cause appearing, the Motion is **GRANTED**.

  Accordingly, **IT IS HEREBY ORDERED THAT**:

  1. Defendants' request to opt out of participation in this District's Post-Screening ADR Project is **GRANTED**;

  2. The Court lifts the current stay of this action for participation in the Post-Screening Early ADR Project; and

  3. Defendants shall respond to the operative First Amended Complaint within 21 days of the date of this order.

1

IT IS SO ORDERED.

Dated:   September 3, 2024                   _____
                                                    JEREMY D. PETERSON
                                                    UNITED STATES MAGISTRATE JUDGE