UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>         Plaintiff,<br><br>   v.<br><br>N. CAMERON, *et al.*,<br><br>         Defendants. | Case No.  2:23-cv-02353-WBS-JDP (PC)<br><br>**FINDINGS AND RECOMMENDATIONS**<br><br>THAT PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT BE DENIED AS PREMATURE<br><br>ECF No. 27<br><br>**ORDER**<br><br>DENYING DEFENDANTS' MOTION FOR AN EXTENSION OF TIME AS MOOT<br><br>ECF No. 29 |

Defendants' have filed a motion seeking additional time to respond to plaintiff's first amended complaint, ECF No. 29, and a motion to revoke plaintiff's *in forma pauperis* status, ECF No. 28.  However, shortly before defendants filed their motions, plaintiff filed a motion to amend his complaint, ECF No. 26, and a motion for summary judgment, ECF No. 27.

In light of plaintiff's motion to amend, I will deny defendants' motion for additional time, ECF No. 29, as moot and recommend that plaintiff's motion for summary judgment, ECF No. 27, be denied as premature.  Plaintiff's motion to amend has not been fully briefed and the parties

1

1  have not completed discovery.  Before addressing either the motion to amend or the motion to
2  revoke plaintiff's *in forma pauperis* status, I will await the parties' responses.
3  　　　　Accordingly, it is ORDERED that defendants' motion for an extension of time, ECF No.
4  29, is denied.
5  　　　　Further, it is RECOMMENDED that plaintiff's motion for summary judgment, ECF No.
6  27, be denied as moot.
7  　　　　These findings and recommendations are submitted to the United States District Judge
8  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of
9  service of these findings and recommendations, any party may file written objections with the
10  court and serve a copy on all parties.  Any such document should be captioned "Objections to
11  Magistrate Judge's Findings and Recommendations," and any response shall be served and filed
12  within fourteen days of service of the objections.  The parties are advised that failure to file
13  objections within the specified time may waive the right to appeal the District Court's order.  *See*
14  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir.
15  1991).

IT IS SO ORDERED.

Dated:   October 2, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE