UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUNTAE TAYLOR,<br><br>            Plaintiff,<br><br>     v.<br><br>N. CAMERON, *et al.*,<br><br>            Defendants. | Case No.  2:23-cv-02353-WBS-JDP (PC)<br><br>**ORDER**<br><br>GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>ECF No. 33 |

Plaintiff has filed a motion for extension of time to file an opposition to defendants' motion to revoke his *in forma pauperis* status.  Plaintiff filed an opposition on October 15, 2024.  ECF No. 35.  Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time, ECF No. 33, is granted; and

2. Plaintiff's opposition, ECF No. 35, is deemed timely.

IT IS SO ORDERED.

Dated:    October 17, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1