| | |
|---|---|
| SHAUNTAE TAYLOR, | Case No.  2:23-cv-2353-WBS-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| N. CAMERON, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On December 20, 2024, the magistrate judge filed findings and recommendations herein which were served on all parties, and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 20, 2024, are adopted in full;

2. Defendants' motion to revoke plaintiff's *in forma pauperis* status, ECF No. 28, is

1

1  GRANTED;

2      3.  Plaintiff is directed to tender the full filing fee within twenty-one days of this order;

3  and

4      4.  Failure to do so will result in the recommendation that this action is dismissed.

5  Dated:  January 15, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE