1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHAUNTAE TAYLOR,                           Case No.  2:23-cv-2353-WBS-JDP (P)

12                    Plaintiff,

13             v.                                 FINDINGS AND RECOMMENDATIONS

14    N. CAMERON, *et al.*,

15                    Defendants.

16

17

18            Plaintiff Shauntae Taylor, a state prisoner, filed this action alleging that defendants

19    Abarca, Benavidez, and Cameron violated his First and Fourteenth Amendment rights.  ECF No.

20    12.  Defendants moved to revoke plaintiff's *in forma pauperis* status, and the court granted

21    defendants' motion on January 16, 2025.  ECF No. 43.  The court ordered plaintiff to tender the

22    full filing fee within twenty-one days.  *Id.*  Plaintiff filed two motions seeking additional time to

23    pay the filing fee, and I allowed the requested additional time.  ECF Nos. 45 & 47.  Plaintiff's

24    latest extension provided him until March 19, 2025 to pay the full filing fee.  *See* ECF No. 47.

25    Plaintiff has failed to pay the filing fee by the deadline; thus, I now recommend that this action be

26    dismissed based on plaintiff's failure to pay the full filing fee as ordered by the court's January

27    16, 2025 order.

28

                                                 1

Accordingly, it is hereby RECOMMENDED that:

1.  Plaintiff's motion to grant plaintiff's amended complaint and request for default, ECF No. 39, be DENIED as moot.

2.  This action be closed due to plaintiff's failure to pay the filing fee as ordered by the court's January 16, 2025 order.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be served and filed within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    April 14, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE